**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1682**

ANNE F. EDWARDS,

Plaintiff - Appellant,

v.

ASTORIA FEDERAL SAVINGS,

Defendant - Appellee.

**No. 09-1683**

ANNE F. EDWARDS,

Plaintiff - Appellant,

v.

ASTORIA FEDERAL SAVINGS,

Defendant - Appellee.

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (5:08-cv-00456-FL; 5:09-mc-00023)

Submitted: November 19, 2009      Decided: December 1, 2009

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

———————————

Anne F. Edwards, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anne F. Edwards seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing her action as frivolous. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on October 23, 2008. The notice of appeal was filed on May 15, 2009. Because Edwards failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED